1  LAW OFFICE OF JUAN HONG, A LAW CORP.
   Juan Hong (SBN 234046)
2  4199 Campus Dr., Suite 550
   Irvine, CA 92612
3  Telephone: (949) 509-6505
   Facsimile: (949) 335-6647
4  jhong48@gmail.com

5  Attorney for Plaintiff
   SUE SHIN

6
   MAYER BROWN LLP
7  Dale J. Giali (SBN 150382)
    *dgiali@mayerbrown.com*
8  Rebecca B. Johns (SBN 293989)
    *rjohns@mayerbrown.com*
9  350 South Grand Avenue, 25th Floor
   Los Angeles, CA  90071-1503
10 Telephone:   (213) 229-9500
   Facsimile:   (213) 625-0248
11

12 Attorneys for Defendant
   CAMPBELL SOUP COMPANY
13

14             **UNITED STATES DISTRICT COURT**

15          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16

17 | SUE SHIN, Individually and On Behalf of All Others Similarly Situated | Case No. 2:17-cv-01082-DMG-JC |
   |---|---|
   |  | Hon. Dolly M. Gee |
   | Plaintiff, |  |
   | v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
   | CAMPBELL SOUP COMPANY, and DOES 1 through 10. |  |
   | Defendants. |  |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action with prejudice with each side bearing its fees and costs.

Respectfully submitted,

DATED: August 2, 2018          By: */s/* Juan Hong
                                    LAW OFFICE OF JUAN HONG, A LAW CORP.

                                    *Attorney for Plaintiff*
                                    SUE SHIN

Respectfully submitted,

DATED: August 2, 2018          By: */s/ Dale J. Giali*
                                    Dale J. Giali
                                    MAYER BROWN LLP

                                    *Attorney for Defendant*
                                    CAMPBELL SOUP COMPANY

## **ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4 regarding signatures, I, Juan Hong, attest that concurrence in the filing of this document has been obtained by all its signatories.

*/s/* Juan Hong